HOWARD ROSS v. ISLAND CITY REALTY.

October 20, 1987.

Cross-petition for certification denied.

JOHN HOWELL v. CITY OF CAMDEN.

October 20, 1987.

Petition for certification denied.

IN THE MATTER OF THE ADOPTION OF A CHILD
OF INDIAN HERITAGE.

October 20, 1987.

Petition for certification granted. (See 219 *N.J.Super.* 28).

STATE OF NEW JERSEY v. STEVEN R. WALKER.

October 20, 1987.

Petition for certification denied.